IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES EX REL. SOLLOG IMMANUEL ADONAI-ADONI,<br>　　　　Petitioner,<br><br>　　　　v.<br><br>COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA,<br>　　　　Respondent. | Civil Action No. 06-3669 |

**ORDER**

Petitioner, who is a prisoner in the state of Pennsylvania, has filed a petition in this court seeking habeas corpus relief. He states that he seeks to contest a "civil action for 'custody' of his two children in the Court of Common Pleas of Bucks County, Pennsylvania." He further seeks an Order from this court directing the state prison where he is incarcerated to give him greater access to the prison library and access to computer facilities in the prison so that he can better contest the aforesaid "civil action" currently pending in the Court of Common Pleas.

AND NOW, on this 27th day of December, 2006, it appearing that the type of relief sought by petitioner is simply not available by means of a petition for a writ of habeas corpus, and it further appearing that petitioner has neither requested leave to proceed *in forma pauperis*

nor paid the five-dollar filing fee,[1] it is hereby ORDERED as follows:

1. The petitioner is granted leave to proceed *in forma pauperis* in this matter for the purpose of this Order only;

2. The Clerk of Court shall correct this court's records, including the docket in this matter, to reflect that petitioner's last name is spelled "Adonai-Adoni";

2. The petition is DISMISSED WITH PREJUDICE; and

3. The Clerk of Court shall mark this matter as CLOSED for all purposes, including statistics.

                                                    /s/ Louis H. Pollak
                                                            Pollak, J.

---

[1] Petitioner submitted a letter with his petition stating that he had submitted a form to his prison directing them to pay the $5.00 filing fee in this matter; however, such fee was never received by the Clerk of Court.